# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER I. SIMMONS, | 1:07-CV-01058 LJO NEW (DLB) HC |
| Petitioner, | |
| v. | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| ANTHONY HEDGPETH, Warden, et al., | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **August 16, 2007**              **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE