1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT FOR THE

9                             EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER I. SIMMONS,                          1:07-cv-01058 LJO NEW(DLB) (HC)

12              Petitioner,

                                                      ORDER GRANTING EXTENSION OF
13   vs.                                              TIME TO FILE OBJECTIONS TO
                                                      FINDINGS AND RECOMMENDATIONS
14   ANTHONY HEDGPETH,
                                                      (DOCUMENT #6)
15              Respondent.
                                            /
16

17         Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

18   § 2254.  On August 31, 2007, petitioner filed a motion to extend time to file objections to

19   Findings and Recommendations.  Good cause having been presented to the court and GOOD

20   CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21         Petitioner is granted thirty days from the date of service of this order in which to file his

22   objections.

23

24      IT IS SO ORDERED.

25   **Dated:   September 24, 2007**            _____ **/s/ Dennis L. Beck**_____
                                               UNITED STATES MAGISTRATE JUDGE
26

27

28