UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHRISTOPHER I. SIMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY HEDGPETH,<br><br>    Defendant.<br>_____/ | 1:07-cv-01058-LJO-GBC (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br>Doc. 40<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS<br><br>ORDER STRIKING ORDER FILED ON AUGUST 16, 2007<br>Doc. 3 |

Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983. On November 3, 2011, the Court found that Plaintiff was granted in forma pauperis ("IFP") status incorrectly and ordered Plaintiff to resubmit a request to proceed in forma pauperis on the correct form. Doc. 39. On November 14, 2011, Plaintiff requested leave to proceed IFP pursuant to 28 U.S.C. § 1915 and submitted said request on the appropriate form. Doc. 40.

Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed IFP will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The California Department of

1  Corrections is required to send to the Clerk of the Court payments from Plaintiff's account each time
2  the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C.
3  § 1915(b)(2).

4        Moreover, since this action has been converted to a § 1983, the former order granting IFP to
5  Plaintiff as a habeas petitioner is HEREBY STRICKEN.  Doc. 3.

6        In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED
7  that:

8        1. Plaintiff's application to proceed in forma pauperis is GRANTED;

9        **2. The Director of the California Department of Corrections or his designee shall**
10 **collect payments from plaintiff's prison trust account in an amount equal to twenty per cent**
11 **(20%) of the preceding month's income credited to the prisoner's trust account and shall forward**
12 **those payments to the Clerk of the Court each time the amount in the account exceeds $10.00,  in**
13 **accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded**
14 **to the Clerk of the Court.  The payments shall be clearly identified by the name and number**
15 **assigned to this action;**

16       3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's
17 in forma pauperis application on the Director of the California Department of Corrections, via the court's
18 electronic case filing system (CM/ECF);

19       4.  The Clerk of the Court is directed to serve a copy of this order on the Financial
20 Department, U.S.  District Court, Eastern District of California, Fresno Division; and

21       5. The Court's initial order granting in forma pauperis status, filed on August 16, 2007,
22 is STRICKEN.  (Doc. 3).

24 IT IS SO ORDERED.

25 Dated:    November 22, 2011
26                            UNITED STATES MAGISTRATE JUDGE