# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER I. SIMMONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GRISSOM, et al.,<br><br>　　　　Defendants. | Case No.: 1:07-cv-01058-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>[ECF No. 62] |

Plaintiff Christopher I. Simmons is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Now pending before the Court is Defendants' second motion for an extension of time to file a response to Plaintiff's first amended complaint, filed on January 14, 2014.

Good cause having been presented to the Court,

IT IS HEREBY ORDERED that Defendants are granted until February 14, 2014, in which to file a response to the first amended complaint.

IT IS SO ORDERED.

　Dated:　**January 16, 2014**

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1