# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER I. SIMMONS,<br><br>            Plaintiff,<br><br>      v.<br><br>GRISSOM, et al.,<br><br>            Defendants. | Case No.: 1:07-cv-01058-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING DEFENDANTS' MOTION TO DISMISS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS<br><br>[ECF No. 85] |

   Plaintiff Christopher I. Simmons is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

   On May 23, 2014, the Magistrate Judge filed Findings and Recommendations which were served on the parties and contained notice that Objections to the Findings and Recommendations were to be filed within twenty days.  No objections were filed.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to dismiss the action is DENIED; and
2. The matter is referred back to the Magistrate Judge for further proceedings.

**SO ORDERED**
**Dated: June 27, 2014**

                                                  **/s/ Lawrence J. O'Neill**
                                                  **United States District Judge**