UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER I. SIMMONS,<br><br>        Plaintiff,<br><br>    v.<br><br>GRISSOM, et al.,<br><br>        Defendants. | Case No.: 1:07-cv-01058-LJO-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A FURTHER RESPOSNE TO COMPLAINT FOLLOWING DENIAL OF MOTION TO DISMISS<br><br>[ECF No. 87] |

      Plaintiff Christopher I. Simmons is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On June 30, 2014, Defendants' motion to dismiss was denied in its entirety and the matter was referred back to the undersigned for further proceedings.  Defendants are hereby ordered to file a further response to the complaint within twenty (20) days from the date of service of this order.

IT IS SO ORDERED.

Dated: __July 1, 2014__

                                   UNITED STATES MAGISTRATE JUDGE

1