UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER I. SIMMONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GRISSOM, et al.,<br><br>　　　　Defendants. | Case No.: 1:07-cv-01058-LJO-SAB (PC)<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING DEADLINES TO DEFENDANT KEILEY |

　　　　Plaintiff Christopher I. Simmons is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　This action is proceeding against Defendants Grissom, Keiley, St. Lucia, Ellstrom and Does #1-10 (nurses) for deliberate indifference toward Plaintiff's "heat risk" condition, in violation of the Eighth Amendment, against Defendants Ellstrom, Rients, Sauceda, Akanno and Rufino for deliberate indifference arising from the deprivation of Plaintiff's pain medication, in violation of the Eighth Amendment, and against Defendants Rients, Akanno, Sauceda, Rufino and Ellstrom for retaliation, in violation of the First Amendment.

　　　　On July 22, 2014, Defendants Akanno, Grissom, St. Lucia, and Rients filed an answer to Plaintiff's first amended complaint. (ECF No. 89.) On July 23, 2014, the Court issued a discovery and scheduling order. (ECF No. 90.)

1

On October 16, 2014, Defendant Keiley filed a motion to dismiss. (ECF No. 93.) The motion was denied on February 9, 2015. (ECF No. 112.)

On February 12, 2015, Defendant Keiley filed an answer to Plaintiff's complaint. (ECF No. 114.)

In light of Defendant Keiley's subsequent answer to the complaint, IT IS HEREBY ORDERED that all deadlines set forth in the Court's July 23, 2014 (ECF No. 90), discovery and scheduling order, as modified by way of order dated February 12, 2015 (ECF No. 115), apply to Defendant Keiley as well as all other Defendants who have appeared in this action.

IT IS SO ORDERED.

Dated:   **February 16, 2015**

UNITED STATES MAGISTRATE JUDGE