UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER I. SIMMONS,<br><br>  Plaintiff,<br><br>  v.<br><br>GRISSOM, et al.,<br><br>  Defendants. | Case No.: 1:07-cv-01058-LJO-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RE-SEND COURT'S SECOND ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>[ECF No. 83] |

Plaintiff Christopher I. Simmons is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 21, 2014, the Court issued a second order directing service by the United States marshal. (ECF No. 83.) Pursuant to request by the United States marshal, the Court will hereby direct re-service of the order to initiate re-service as to Defendants Leslie A. Sauceda, T. Ellstrom, and Rufino, along with the documents submitted by Plaintiff to assist in locating and serving the un-served Defendants (ECF No. 81).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to re-serve a copy of the following documents on the United States marshal:

   a. The Court's May 21, 2014 second service order (ECF No. 83);

        b.       A copy of the USM-285 forms as to Defendants Leslie A. Sauceda (ECF No. 65), Rufino (ECF No. 66), and T. Ellstrom (ECF No. 68);

        c.       A copy of the documents submitted by Plaintiff to assist the United States marshal with service (ECF No. 81); and

2.    All provisions of the Court's May 21, 2014, order remain in full force and effect.

IT IS SO ORDERED.

Dated:   **March 6, 2015**

UNITED STATES MAGISTRATE JUDGE

2