1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHRISTOPHER I. SIMMONS, | ) | Case No.: 1:07-cv-01058-LJO-SAB (PC) |
| Plaintiff, | ) ) ) | ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO STAY |
| v. | ) ) | PROCEEDINGS AND OPPOSITION TO MOTION TO COMPEL |
| GRISSOM, et al., | ) ) | |
| Defendants. | ) ) ) | [ECF Nos. 125, 127] |

Plaintiff Christopher I. Simmons is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 20, 2015, Plaintiff filed a motion to stay the proceedings pending resolution of his medical condition.  (ECF No. 125.)

On July 24, 2015, Defendants filed a motion to  compel Plaintiff to provide testimony at a noticed deposition and reimburse Defendants for the costs associated with the prior failed deposition, as well as the costs involved in preparing the motion to compel.  (ECF No. 126.)  Plaintiff filed an opposition to Defendants' motion to compel on July 24, 2015.  (ECF No. 127.)

///

///

///

///

1

1    In order to assist the Court is resolve the pending motions, Defendants are hereby ordered to

2 file a response to Plaintiff's motion for stay and a reply to their motion to compel within **thirty (30)**

3 **days** from the date of service of this order.

4

5 IT IS SO ORDERED.

6 Dated:   **August 24, 2015**

7                                     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28