UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER I. SIMMONS,<br><br>    Plaintiff,<br><br>    v.<br><br>GRISSOM, et al.,<br><br>    Defendants. | Case No.: 1:07-cv-01058-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br><br>[ECF No. 139] |

Plaintiff Christopher I. Simmons is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 25, 2015, Defendants filed a motion to extend the dispositive motion deadline by thirty days.

Good cause having been presented to the Court, it is HEREBY ORDERED that any dispositive motion shall be filed on or before December 28, 2015.

IT IS SO ORDERED.

Dated:   **November 30, 2015**

UNITED STATES MAGISTRATE JUDGE

1