UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER I. SIMMONS,<br><br>    Plaintiff,<br><br>    v.<br><br>GRISSOM, et al.,<br><br>    Defendants. | Case No.: 1:07-cv-01058-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ENFORCEMENT OF SECOND COURT ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL<br><br>[ECF No. 136] |

Plaintiff Christopher I. Simmons is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 23, 2015, Plaintiff filed a motion for enforcement of the second order directing service by the United States marshal and requests sanctions be imposed on the California Department of Corrections and Rehabilitation for non-compliance with the order.

This action is proceeding against Defendants Grissom, Keiley, St. Lucia, Ellstrom and Does #1-10 (nurses) for deliberate indifference toward Plaintiff's "heat risk" condition, in violation of the Eighth Amendment, against Defendants Ellstrom, Rients, Sauceda, Akanno and Rufino for deliberate indifference arising from the deprivation of Plaintiff's pain medication, in violation of the Eighth Amendment, and against Defendants Rients, Akanno, Sauceda, Rufino and Ellstrom for retaliation, in violation of the First Amendment.

On July 22, 2014, Defendants Akanno, Grissom, St. Lucia and Rients filed an answer to the first amended complaint.  (ECF No. 89.)  Defendant Keiley filed an answer to the complaint on February 12, 2015.  (ECF No. 114.)

On March 9, 2015, the Court issued an order directing the Clerk of Court to re-send the Court's second order directing service by the United States marshal for service as to Defendants Leslie A. Sauceda, Rufino, and T. Ellstrom.  (ECF No. 118.)

On October 15, 2015, the USM-285 form was returned unexecuted as to Defendant Rufino.  (ECF No. 134.)  Defendants Sauceda and Ellstrom have not yet been served, and the United States marshal is still in the process of attempting to serve these Defendants.  Because the United States marshal is presently in the process of attempting to serve Defendants Sauceda and Ellstrom, and has been unsuccessful in serving Defendant Rufino there is no basis to impose sanctions for contempt of a court order.   Accordingly, Plaintiff's motion for enforcement of the second order directing service by the United States marshal is DENIED.

IT IS SO ORDERED.

Dated:   **December 3, 2015**

UNITED STATES MAGISTRATE JUDGE