UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER I. SIMMONS,<br><br>    Plaintiff,<br><br>    v.<br><br>GRISSOM, et al.,<br><br>    Defendants. | Case No.: 1:07-cv-01058-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF AN INVESTIGATOR<br><br>[ECF No. 141] |

Plaintiff Christopher I. Simmons is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 2, 2015, Plaintiff filed a motion for the appointment of an investigator to interview certain inmate witnesses.

Plaintiff is advised that "'the expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress ….'" Tedder v. Odel, 890 F.2d 210, 211-212 (9th Cir. 1989) (quoting United States v. MacCollum, 426 U.S. 317, 321 (1976)). The in forma pauperis statute does not authorize the expenditure of public funds for the appointment of an investigator, and Plaintiff's motion is denied. 28 U.S.C. § 1915. Although an incarcerated pro se plaintiff may have difficulty in prosecuting a civil rights action, such difficulty does not mean that the Court is required to fund his

///

///

efforts in pursuing the action, and Plaintiff must find a way to litigate this action.  Accordingly, Plaintiff's motion for appointment of an investigator is denied.

IT IS SO ORDERED.

Dated: __**December 29, 2015**__

UNITED STATES MAGISTRATE JUDGE