UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER I. SIMMONS,<br><br>        Plaintiff,<br><br>    v.<br><br>GRISSOM, et al.,<br><br>        Defendants. | Case No.: 1:07-cv-01058-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY DEADLINE FILED DECEMBER 2, 2015<br><br>[ECF No. 142] |

    Plaintiff Christopher I. Simmons is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On December 2, 2015, Plaintiff filed a motion to extend the discovery deadline. Within twenty days from the date of service of this order, Defendants are hereby directed to file an opposition or statement of non-opposition to Plaintiff's motion to extend the discovery deadline. Local Rule 230(*l*).

IT IS SO ORDERED.

Dated:   **December 29, 2015**

                              UNITED STATES MAGISTRATE JUDGE

1