**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER I. SIMMONS, | ) Case No.: 1:07-cv-01058-DAD-SAB (PC) |
| Plaintiff, | ) |
| | ) ORDER GRANTING DEFENDANTS' MOTION |
| v. | ) TO EXTEND TIME TO FILE A DISPOSITIVE |
| | ) MOTION AND RESPOND TO DISCOVERY |
| GRISSOM, et al., | ) REQUESTS |
| | ) |
| Defendants. | ) [ECF No. 160] |
| | ) |

Plaintiff Christopher I. Simmons is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 19, 2016, Defendants filed a motion to extend the time to file a dispositive motion and respond to Plaintiff's previously served September 8, 2014 interrogatories and requests for production of documents.

Good cause having been presented to the Court, it is HEREBY ORDERED that Defendants have to and including April 18, 2016 to file dispositive motions, and Defendants shall provide responses to Plaintiff's previously served September 8, 2014 interrogatories and requests for production of documents on Defendant Keiley by March 4, 2016.

IT IS SO ORDERED.

Dated: __**January 22, 2016**__

_____
UNITED STATES MAGISTRATE JUDGE

1