1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER I. SIMMONS,                    No.  1:07-cv-01058-DAD-SAB

12                    Plaintiff,

13           v.                                 ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS AND DISMISSING
14   GRISSOM, et al.,                           DEFENDANTS SAUCEDA, ELLSTROM,
                                                AND RUFINO
15                    Defendants.
                                                (Doc. No. 187)
16

17

18          Plaintiff Christopher I. Simmons is appearing *pro se* and *in forma pauperis* in this civil

19   rights action pursuant to 42 U.S.C. § 1983.

20          The matter was referred to a United States magistrate judge pursuant to 28 U.S.C.

21   § 636(b)(1)(B) and Local Rule 302.  On June 6, 2016, the assigned magistrate judge filed findings

22   and recommendations recommending dismissal of defendants Sauceda, Ellstrom, and Rufino,

23   without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).  (Doc. No. 187.)  Those

24   findings and recommendations were served on the parties and contained notice objections were to

25   be filed within thirty days.  Plaintiff filed objections to the findings and recommendations on

26   September 16, 2016.  (Doc. No. 207.)

27          In his objections plaintiff casts his inability to serve defendants Sauceda, Ellstrom, and

28   Rufino in dire terms, complaining that the U.S. Marshal has failed to exercise "all of its powers"

                                                   1

to carry out service of process on these defendants, seeking sanctions against the California Department of Corrections and Rehabilitation ("CDCR") for obstruction of justice with respect to service of these defendants, suggesting that this court has somehow failed to take steps to effectuate service of his complaint and asserting that he will suffer prejudice if these three defendants are dismissed due to his failure to provide sufficient information to allow the U.S. Marshal to effectuate service.[1]  (Doc. No. 207 at 1-5.)

Service of the complaint in this civil rights action on several named defendants was found to be appropriate on July 11, 2013.  (Doc. No. 54.)  Over three years have passed and despite the attempts of the U.S. Marshal as well as the efforts of CDCR, both of which are fully discussed in the magistrate judge's findings and recommendations, these defendants have not been able to be served.  Plaintiff has been given a number of opportunities to provide sufficient information to assist the U.S. Marshal in effectuating service on these three named defendants.  He has simply been unable to do so.[2]  Under these circumstances and in light of the lengthy passage of time without plaintiff providing sufficient information for service of process, plaintiff has failed to show good cause.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the undersigned finds the findings and recommendations to be supported by the record and by proper analysis.

For the reasons set forth above:

1. The findings and recommendations filed on June 6, 2016 (Doc. No. 187) are adopted in full; and

_____

[1]  Plaintiff also objects to the court's reference to defendant Ellstrom, contending that this defendant is actually named "T. Elstrum."  (Doc. No. 207 at 2.)  However, it is plaintiff who has named this defendant as "T. Ellstrom."  (Doc. No. 45 at 1; Doc. No. 80.)

[2]  The undersigned also notes that the CDCR is not a defendant in this case.  Moreover, the three individual defendants in question are being dismissed without prejudice.  Should plaintiff locate information about where these defendants may be served while this case is pending, he may request the assigned magistrate judge allow a renewed opportunity for the U.S. Marshals to effect service.

2.  Defendants Sauceda, Ellstrom, and Rufino are dismissed from this action, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).  The Clerk of Court is directed to terminate these three defendants from this action.

IT IS SO ORDERED.

Dated:   __**October 31, 2016**__                    _____
                                                                                   UNITED STATES DISTRICT JUDGE