# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER I. SIMMONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GRISSOM, et al.,<br><br>　　　　Defendants. | Case No.: 1:07-cv-01058-DAD-SAB (PC)<br><br>ORDER REGARDING DEFENDANTS' REQUEST FOR CLARIFICATION FILED NOVEMBER 22, 2017<br><br>(ECF No. 243) |

Plaintiff Christopher I. Simmons is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 22, 2017, Defendants Grissom, Keiley, Rients and St. Lucia filed a request for clarification regarding the Findings and Recommendations issued this same date. (ECF No. 243.) Defendants correctly point out that one portion of the Findings and Recommendations incorrectly states that their motion for summary judgment should be denied, but the actual recommendation is to grant Defendants' motion. Accordingly, for purposes of clarification, the Findings and Recommendations, in its entirety, should recommend that Defendants' motion for summary judgment be granted.

Plaintiff also alleges that Defendant Akanno withheld pain medication from Plaintiff in retaliation for filing a grievance in October 2007 about his medical treatment.

IT IS SO ORDERED.

Dated: __November 27, 2017__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1