UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER I. SIMMONS,<br><br>Plaintiff,<br><br>v.<br><br>GRISSOM, et al.,<br><br>Defendants. | No. 1:07-cv-01058-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT AKANNO'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. No. 224) |

Plaintiff Christopher I. Simmons is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On May 19, 2017, the assigned magistrate judge issued findings and recommendations recommending that defendant Dr. Akanno's motion for summary judgment be granted and judgment be entered in favor of Dr. Akanno. (Doc. No. 224.) The findings and recommendations were served on the parties and contained notice that objections were to be filed within thirty days. Plaintiff filed objections on September 22, 2017. (Doc. No. 236.) Defendant Dr. Akanno filed a response to plaintiff's objections on October 4, 2017, to which plaintiff filed an unauthorized reply, which will nonetheless be considered, on October 26, 2017. (Doc. Nos. 239, 241.)

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the undersigned concludes the findings and recommendations are supported by the record and by proper analysis. In his objections and reply plaintiff largely repeats arguments already made in opposition to the motion for summary judgment. Plaintiff's objections provide no basis upon which to reject the findings and recommendations.

Given the foregoing:

1. The findings and recommendations issued May 19, 2017 (Doc. No. 224) are adopted in full;
2. Defendant Dr. Akanno's motion for summary judgment is granted; and
3. The Clerk of the Court is directed to enter judgment in favor of defendant Dr. Akanno.

IT IS SO ORDERED.

Dated: **June 19, 2018**

UNITED STATES DISTRICT JUDGE